IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**GEORGE JAMES SULLIVAN,**
Inmate #B01770,

      **Plaintiff,**

v.                                   **CASE NO. 5:14-cv-2-RS-EMT**

**CODY M. HOLLIS, et al.,**

      **Defendants.**
_____/

## ORDER

Before me are the April 30, 2015, Magistrate Judge's Report and Recommendation (Doc. 23), and Plaintiff's Objections (Doc. 24). Accordingly, I have reviewed the report *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Doc. 23) is approved and incorporated in this Order.

2. This case is **DISMISSED without prejudice** pursuant to 28 U.S.C. §1915(e)(2)(B)(i) as malicious.

3. The Clerk is directed to close this case.

**ORDERED** on May 27, 2015.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**